3/1/06

RECEIVED IN
CHAMBERS OF

MAR - 6 2006

JOSEPH E. IRENAS, U.S.D.J

Greetings
to U.S. District
Court judge, I want
these complaints, filed
with, your office and
the Federal Courts.

Mr.
Derek
Bethea

Mr. Derek Bethea
#589129, 5.B.I-
538681A, C-3W
Northern State
Prison, 168 Frontage
Rd. Newark, N.J.
07114

10/25/05

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

06CV 1052

Civil Rights Complaint
United States District Court of
Camden N.J.

Mr. Derek Bethea
　　　Plaintiff

　－against

Mr. Donald Trump,
Ms. Anna Dellagata,
Ms. Lilly Kornman,
Mr. Johanna Reilly, sued
jointly and in their individual
capacities.
　　　Defendants

Senior Presideing
Hon. Judge Mr.
Joseph Irenas

Complaint
Jury Trial
Demanded

Derek Bethea
Pro Se

i

Preliminary Statement

This is a civil rights action filed by, Mr. Derek Bethea, a state prisoner for damages and relief.

Jurisdiction

The court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights, and also over state law claims.

Statement of the grounds upon which I, Mr. Derek Bethea, rely for the relief sought and must be signed by the plaintiff properly titled and dated. (Statement followed below)

The defendants in this

2

complaint, which is Trump Plaza Hotel Casino and staff has perverted the course of justice, by the employees of Trump Plaza Hotel Casino in Atlantic City N.J., being asked to become false witnesses, in Superior Court of Mays Landing N.J., by their employer,

against, Mr. Derek Bethea, to attempt to support a fabricated complaint, under false pretenses and fraud, that states, Mr. Derek Bethea, past post a alleged wager, at a roulette table in Trump Plaza Hotel Casino on 12/8/98, to attempt to support a totally unconstitutional illegal unsupported

3

indictment of alleged swindling and cheating, which derived from a harmless daily gambling element, that is attempting to be converted into a crime 5:12-113a by fraud and perjury (without a ordinance to do so) of the defendants, which are the false witnesses,

at trial by jury, on 11/30/00, when the defendant's false witnesses visually knew on 12/8/98 a crime of alleged swindling and cheating never occurred by Mr. Derek Bethea, at a roulette table at Trump Plaza Hotel Casino in Atlantic

4

City N.J. which is the proof, that totally proves, Mr. Derek Bethea, the plaintiff's constitutional rights has totally been violated as followed below.

1. Mr. Derek Bethea, was totally denied equal protection of the Law at trial by jury, on 11/30/00.

2. Mr. Derek Bothea has been totally denied Due Process of the Law at trial by jury, 11/30/00.

3. Perjury has been committed by all three of the defendant's false key witnesses, Ms. Anna Dellagata, the alleged roulette dealer, that was suppose to have been working on the particular roulette table, where the

5

alleged harmless gambling element and harmless gambling event took place on alleged date, Dec. 8, 1998, (at Trump-Plaza Hotel Casino in Atlantic City N.J. 08401) also the second false witness, Ms. Lilly Kornman, (of the defendant in this complaint) the surveillance technician,

and the third false witness, (of the defendant) Ms. Johanna Reilly the alleged detective, to attempt to support, a erred unsupported prejudice illegal prejudice guilty verdict at trial by jury, along with fraud committed by each false witness, (of the defendant, Mr.

6

Donald Trump, the owner of Trump Plaza Hotel Casino, in Atlantic City, N.J.) in this complaint, by the total gross Negligence of their employer, Mr. Donald Trump, the owner of Trump Plaza Hotel Casino, in Atlantic City, where above false gambling alleged incident was falsely created by Trump Plaza Hotel Casino and staff on 12/8/98.

A. The plaintiff, Mr. Derek Bethea in this complaint is seeking compensatory Damages in the following amounts.

1  $100,000 against each defendant. (Ms. Anna Dellagata, the alleged Trump Plaza Hotel Casino Roulette dealer, that allegedly worked on the roulette table, the day the false complaint, was falsely

created, by casino and staff against, Mr. Derek Bethea, (allege swindling and cheating.) the second false witness, Ms. Lilly Cornman, the surveillance technician of Trump Plaza Hotel and Casino, and the third false witness, Ms. Johanna Reilly the alleged Detective, that is responsible for, Mr. Derek Bethea, the plaintiff, being illegally and

falsely indicted, and illegally falsely convicted, at trial by jury, by false pretense, fraud and perjury of each false witness at trial by jury in the Superior Court of Mays Landing N.J. 11/30/00, that is mentioned in above complaint, where the defendants is also responsible for, Mr. Derek Bethea

8

receiveing a false illegal 18 month sentence on sentence date 1/05/01.

⑧ Mr. Donald Trump, the owner of, Trump Plaza Hotel Casino in Atlantic City, N.J., &, Mr. Derek Bethea the plaintiff in this complaint is seeking $200,000,000 in Damages for Mr. Donald Trump, A gross

Negligence, which allows mr. Donald Trump to be liable for the actions of the false witnesses, falsely createing, (which is Donald Trumps casino staff) a false complaint against mr. Derek Bethea, (under fraud and false pretenses and perjury) for alleged swindling and cheating 5:12-113 a that never occurred,

9

The contents of this complaint, proves and shows how the defendants perverted the course of justice at trial by jury, by falsely chargeing, Mr. Derek Bethea, with swindling and cheating, 5:12-113a, without one piece of evidence by the defendants, that supports above false charge and indictment.

The plaintiff is requesting the granting of such other relief as it may appear that plaintiff is entitled.

Respectfully Submitting These Truths

Ma Derek Baker

*Gail Gillespie*
GAIL GILLESPIE
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 11, 2006

Sworn and subscribed before me this 27th day of February, 2006

10